# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

OBie Hollimon Dewyane,

Inmate ID Number: M52595

*(Write your full name and inmate ID
number.)*

**Case No.:** 3:24cv 00038-TKW-ZCB
*(To be filled in by the Clerk's Office)*

**v.**

(1) Luis Lopez-Rivera, MD
Physician, Centurion
(Location of care) 120 LibertyC.I

**Jury Trial Requested?**
☐ YES  ☐ NO

Florida Department of
corrections office of Health
Service.

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

Provider: MD-Physician (Centurion/
Location of Provider Century C.I)
(1/10/24 Employed Time)

Century Correctional Institution
Security Official Team

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

1

FILED USDC FLND PN
JAN 29 '24 PM12:41

# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: _OBie Hollimon_   ID Number: _M52595_

List all other names by which you have been known: _____

Current Institution: _Century Correction Instutition_

Address: _400 Tedder Road_

_Century, FL 32535_

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: _Luis Lopez-Rivera, MD, Physician Centurion_

Official Position: _MD, Physician - Provider_

Employed at: _Liberty Correctional, Ist / Centurion_

Mailing Address: _11064 NW Dempsey Barron Rd._

_Bristol, FL 32321_

☐ Sued in Individual Capacity      ☑ Sued in Official Capacity

2. Defendant's Name: *Century Correctional Institution*

Official Position: *Security Official Team*

Employed at: *Century Correctional Institution*

Mailing Address: *400 TEDDER Road Century, FL 32535*

☐ Sued in Individual Capacity     ☑ Sued in Official Capacity

3. Defendant's Name: *Provider – MD – physician*   (at time of 1/10/24)

Official Position: *Medical – MD – physician*

Employed at: *Century Correctional Institution / Centurion*

Mailing Address: *400 TEDDER Road Century, FL 32535*

☐ Sued in Individual Capacity     ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☐ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☑ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.* You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach

irrelevant or unnecessary exhibits. Facts not related to this same incident or

issue must be addressed in a separate civil rights complaint.

I was diagnosis with Corhns Dease by a Gasterologist at Lake butter

and Shands -Jacksonville # 13785881 Gs 4s Acct# 0936201103 ADm 12/25/09
By Lake butter I was put on medician call "pentasa" 500 mg
and a Low Fiber Diet it's Low Sodium. This is so The Gas would n't
build up and I can eat right so The pain would not be so bad
daily. Corhns' Dease is a pain Dease 365 day of the year 24 hours
a day. The Provider Fail to have me exam every 6month so I can
meet the Criteria For my Low Fiber Diet. This is Provider For
Liberty.C.I. The Provider Fail to show an Insufficient Documentation provided
in terms of history of Chief Compkin and physical examation.
And No exhacenbation reported to medical Files at least 3 or 6 months.
By doing this Me Obie Hollimon the Patient does not meet
Current (HSB)" Criteria Fur Therapeutic Diet Request.
I am force to eat regular meels High Fiber, High Sodium and this
is causeing Gas build up and pain in my intestin Im in a very
badly painful State. This was Approved By Luis Lopez-Rivera, MD Physician
Employed By : Centurion Company.

2#) The Provider at Century C.I. Fail to have me exam as to
my Corhns Dease , my Kidney bleeding, and my Diet Pass Low Fiber.
Provider also Fail to have me exam by a Gasterologist every 3 or 6month
There is Insufficent Documentation provided in terms of history of
Chief Compain and physica examation , No exhacenbation
reported to medical Files. The Failure to Do so put me in harm way.
And doing this Obie Hollimon the Patient does not meet the
criteria as followed by Tne (HSB)" Fur request Fur Help
The Failure to do these things puts me in a very painful state
and a very badful Shape as to my Health. The orders should be
Follow as the Gasterologist wrote and not Changed.

**Statement of Facts Continued (Page ___ of ___)**

#2 Century Correctional Institution Security staff has not follow the (Care, Custody, Control) model. On 12/25/23 I Claimed mental Health issued and was not allow to see a Doctor, my arm was cut and the nurse did not Clean bandaged or medicated it at all the officer's just moved me to a different cell. On 12/18/23 and inmate came to my cell a pulled out his Penis and sucked it. I quised a officer and D.I.C on staff all the did was House me in confindment. They didnot take my "Prea" Issue for real, I have rote a grievance and still its a new year before anybody has said anything about this "Prea case" Note The officers in the Dorm don't do a every 15 min walk of the dorm to try and mean a level have proving "Control" the inmate living housing area. The Security fail to "Control" the inmate they have in Costody and don't Care what the inmate does in the living area. The Security has allowed me to be a victam of a "Prea case." I signed a form stating I know what is "Prea." As of know I am being Deprived of my Right th "Prea" by the Official at Century CI. By not allowing me these Privileges to "Prea" this Shows the Lack of "Care", the Control the Official Security team has to cover up thing with the inmate are in there (Costody). This is very Crazy to for me to have to go throw this. These are very extraordinary circumstance I'm going throw Mental Health issue Cause of this issue at hand. I will never go thrust again and don't like to be Huse in a cell with anyone its crazy to think, this can Heaven and Security will not do anything.

At Century CI Security staff ED.C
Florida, Department, Correction.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.



1# Provider at Century CI has violated the 8th constitution of Law Amenedment

2# Provider at Liberty Luis lopez-Rivera violated 8th constitution Law Amenedment

3# Century Correction official Security staff has violated the 8th Constitution of Law Amenedment

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I am seek relief from the Court my Organ, my menlth Health, and my well being is priceless. I'm seek in damage money I want each Defendant Name to pay 2.5 million) (all together is 7.5) " my life is price less "

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g).  Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.   PRIOR LITIGATION

*This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.  You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____Case #: _____

   Court: _____

   Reason: _____

2. Date:_____Case #: _____

   Court: _____

   Reason: _____

3. Date:_____Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

□ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☑ YES   □ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 5D23-2983  Parties: *Obie Hollimon -v- State of Florida*

   Court: DCA 5th _____  Judge: Asst. Attorney General: Darcy O. Townsend

   Date Filed: 1/4/24  Dismissal Date (*if not pending*): _____

   Reason: Fundamental error issues _____

2. Case #: _____  Parties: _____

   Court: _____  Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #: _____  Parties: _____

   Court: _____  Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #: _____  Parties: _____

   Court: _____  Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #: _____  Parties: _____

   Court: _____  Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

PROVIDED TO CENTURY CI

JAN 25 2024

FOR MAILING
RECEIVED BY Dc

3. I understand it is my obligation to timely notify the Clerk's Office if there

is any change to my mailing address and that my failure to do so may result

in a dismissal of the action.

Date: 1/25/24 Plaintiff's Signature: OBie  Hollimon

Printed Name of Plaintiff: OBie Hollimon

Correctional Institution: Century  Correctional Instutition

Address: 400 Tedder Road  Century, FL 32535

I certify and declare, under penalty of perjury, that this complaint was

(*check one*) ☐ delivered to prison officials for mailing or ☑ deposited in

the prison's mail system for mailing on the   j   day of 25 ,20 24
1/25/24

Signature of Incarcerated Plaintiff: OBie Hollimon

### Certificate OF Service

I do cerifity that a Copy of the 1983 motion
has been Place In the mail of the Century
Correct Instution For mailing to the, Clerk U.S.
District Court One Palafox street Pensacola, FL 32502
on this Day 1/25/24

Obie Hollimon # M52595
Century Correctional, Inst
400 Tedder Road
Century, FL 32535



UNITED STATES POSTAGE
PITNEY BOWES
02 1P                $ 002.07⁰
0000932257    JAN 26 2024
MAILED FROM ZIP CODE 32535

JAN 29 2024

Clerk, U.S. District Court
One North Palafox Street
Pensacola, Florida 32502-5658