UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OBIE DEWYANE HOLLIMON,
    Plaintiff,

vs.                                          Case No.: 3:24cv00038/TKW/ZCB

LUIS LOPEZ-RIVERA, M.D., et al.,
    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders.  Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED without prejudice** for failure to comply with a court orders.

    3.    The Clerk shall enter judgment in accordance with this O\rder and close the case.

**DONE and ORDERED** this 6th day of May, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**